JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA H., | CASE NO. CV 23-6254 AGR |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: November 2, 2023

ALICIA G. ROSENBERG
United States Magistrate Judge